# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEITH MCTHORN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00438-SAB<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX, 42 U.S.C. § 405(g)<br><br>(ECF No. 10) |

Plaintiff David Keith McThorn filed this action on April 16, 2025, challenging the Commissioner of Social Security's final decision denying his application for Social Security benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 7, 8, 9.) On May 19, 2025, the parties filed a stipulation for voluntary remand in this action. (ECF No. 10.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Six of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 10);

2. All pending dates and matters are VACATED; and

///

///

3. The Clerk of the Court is DIRECTED to administratively close the case. The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed.

IT IS SO ORDERED.

Dated: **May 20, 2025**

STANLEY A. BOONE
United States Magistrate Judge